IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR147 |
| vs. | ORDER ON APPEARANCE FOR PRETRIAL RELEASE VIOLATION |
| ALEXANDER ARANGO-PALACIOS, | |
| Defendant. | |

The defendant appeared before the court on February 13, 2019 regarding Petition for Action on Conditions of Pretrial Release [21]. Carlos A. Monzon represented the defendant. Kimberly C. Bunjer represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant freely, knowingly, intelligently, and voluntarily admitted violating release conditionss #1 and (s), but requested release on present or amended conditions. The government did not request an order of revocation and detention. The Court took judicial notice of the petition and violation report. Both parties were given an opportunity to present evidence and make argument. After consideration and affording the defendant an opportunity for allocation, the Court finds there is clear and convincing evidence that a condition was violated. Further, there are conditions or combination of conditions that will reasonably assure the defendant will not flee or will not pose a danger to any other person or the community, and the defendant is likely to abide by conditions of release. The defendant shall be released on the current terms and conditions of supervision and Consent to Modify Conditions of Release.

**IT IS SO ORDERED**.

Dated this 13th day of February, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge